Akron (city) v. Wilner ................19078
Armulus v. Koblitz ...................19082
Cook v. Isaacs .......................19086
Johnson v. Frazer ....................19083
Koplin v. Akron Chap. Ins. Un. ........19086
Livingston & Co. v. Streeter ..........19085
Marsh v. Metz ........................19084
Moran v. Hines .......................19074
Murphy v. Moran ......................19077
Nat. Util. Co. v. Texas Co. ...........19076
Polk v. Cleve. Ry. Co. ...............19079
Sendelbach v. Pub. U. C. ........19080, 19081
Toledo & O. C. R. v. Whitmore et ......19075

### APRIL 15, 1925.

19074—Bertha R Moran, as Adm. of Francis J. Moran v. Walker D. Hines, Dir. Gen.; record certified for review and final determination by Marion Appeals. Wm. P. Maloney, Marion, for pltf; Crissinger, Guthery & Strelitz, Marion, for deft.

### APRIL 16, 1925.

19075—Toledo & Ohio Central R. R. Co. v. Louisa Whitmore et al; motion of Wood Appeals to certify. Doyle & Lewis, Toledo, for pltf.

19076—National Utilities Co. v. Texas Co.; motion to Franklin Appeals to certify. J. C. Martin, Hogan, Hogan, Hogan & Hogan, Columbus, for pltf; Arnold, Wright & Harlor, Columbus, T. J. Schminck, New York, for deft.

### APRIL 17, 1925.

19077—Lillian Murphy v. George Moran and Sarah Price, Exrs. of John J. Moran. Sarah Price et al. Mahoning Appeals; motion to certify. Edmund M. O'Brien and Robt. L. Carr, Cleveland, for pltf; Boyd, Cannon, Brooks & Wickham and J. J. Boyle, Cleveland, for defts.

19078—City of Akron v. J. Harry Wilner and Summit County Comrs. Motion to certify; Summit Appeals. A. M. Hagelbarger, Dir. Law, and C. T. Moore and W. A. Kelley, Akron, for pltf; Wilcox, Berk, Cable & Berk, J. Walter Booth, Pros. Atty., and H. W. Slabaugh, Asst. Pros. Atty., Akron, for defts.

### APRIL 20, 1925.

19079—William Polk, Pres. et al ex rel Amalg Assn of Street and Elec Employees v. Cleveland Railway Co. Motion to certify. Cuyahoga Appeals. Day & Day, Wm. L. Day, Luther Day and D. W. Kling, Cleveland, for pltfs; Squire Sanders & Dempsey, Cleveland, for deft.

19080—John S. Sendelbach, a trans Co and William A. Gray v. Pub Util Com; error to the Pub. John F. Carlisle, Columbus, and Eldon H. Young, Toledo, for pltfs; C. C. Crabbe, Atty Genl., and J. W. Bricker, Columbus, for deft.

19081—John S. Sendelbach, a motor trans Co. and William A. Gray v. Pub Util Com.; error to the Pub Util Com. J. F. Carlisle, Columbus, and E. H. Young, Toledo, for pltfs.; C. C. Crabbe, Atty Genl., and J. W. Bricker, Columbus, for defts.

19082—Joseph Armuluis vl Paul Koblitz; Motion to certify. Cuyahoga Appeals. Hull & Hull, Cleveland, for plts; Jonas Abrams, Cleveland, for deft.

19083—Earl O. Johnston and J. Clayton Johnson, d. b. a. Johnson Bros Hardware Co. v. Harold W. Fraser. Lucas Appeals; Motion to certify. Fritsche, Kruse & Winchester, Toledo, for pltf; Fraser, Hiett & Wall, Toledo, for deft.

—19084—Harold C. Marsh v. Gertrude Metz, et al. Hamilton Appeals; Motion to certify. Harmon, Colston, Goldsmith & Hoadly, Cincinnati for pltf; Buckwalter, Headley & Smith, and Ireton & Schoenle, Cincinnati, for defts.

19085—J. Livingston & Co. v. Margaret Streeter. Cuyahoga Appeals; Motion to certify. John H. McNeal, Squire, Sanders & Dempsey, Thos. M. Kirby and Maurice Bernon, Cleveland, for plaintiff; Anderson, Lamb & Marstetler, Cleveland, for deft.

### APRIL 21, 1925.

19086—Arthur A. Koplin v. Akron Chapter Am. Ins. Union. Summit Appeals; Motion to certify. L. R. Read, Akron, for pltf; E. G. Hammond, Akron, for deft.

19087—Julias E. Cook v. William M. Isaacs; Cuyahoga Appeals; Motion to certify. Austin & Kirkbride, Cleveland, for pltf; Klein, Harris & Diehm, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED

For syllabi of decisions in these cases, see pages 266-268.

### FRIDAY, APRIL 17, 1925.
### GENERAL DOCKET

19035—State, ex rel Monroe & Son Co. v. W. E. Baker, Director. In Mandamus. Writ allowed. Marshall, C. J., Jones, Matthias, Day and Robinson, JJ., concur. Kinkade, J., took no part in the consideration or decision of the case.

19059—State, ex rel. Andrews Asphalt Paving Co. v. A. V. Donahey, Governor, et al. In Mandamus. Writ allowed. Marshall, C. J., Jones. Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., took no part in the consideration or decision of the case.

### TUESDAY, APRIL 21, 1925.

16159—State, ex rel. Calvin C. Rutledge v. State Medical Board. In Mandamus. Dismissed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.

17816—Joseph Watkins v. Samuel D. Henkel; error to Warren Appeals. Dismissed on authority of Miner v. Witt, 82 Ohio St., 237. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.